# EXHIBIT C

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| LARRY SOLOMON, ) | |
| ) | |
| Plaintiff, ) | **CIVIL ACTION** |
| ) | **FILE NO. 24EV010213** |
| v. ) | |
| ) | |
| FAROPOINT, BRASFIELD & GORRIE ) | |
| LLC, BRASFIELD & GORRIE, LP, ) | |
| FIVE-III-GA1, LLC, and JOHN DOE, ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT OF OHAD PORAT

Personally appeared before the undersigned officer authorized by law to administer oaths,

Ohad Porat, who upon being placed under oath deposes and states of his own personal knowledge

as follows:

1.

I am over the age of 18 and have personal knowledge of the statements made herein.

2.

I am a Managing Member of Faropoint Ventures, LLC.

3.

There is no "Faropoint" entity as named by Plaintiff.

4.

The members of FIVF-III-GA1, LLC are domiciled in Delaware or New Jersey.

5.

No members of FIVF-III-GA1, LLC is a Georgia corporation or a resident of Georgia.

Please see the organizational chart, attached hereto as Exhibit 1, and made a part hereof which

sets out each of the corporate members and the limited liability corporation domiciles.

1

**FURTHER AFIIANT SAYETH NOT**

This 2nd day of April, 2025.

By: _____

OHAD PORAT

Sworn and subscribed
before me this 2nd day of
April_____, 2025.

_____
Notary Public

My Commission Expires: 10.31.2026

SAPPHIRA S BALLAH-HAREWOOD
Notary Public, State of New Jersey
Commission # 50175332
My Commission Expires Oct 31, 2026

2

# EXHIBIT 1



Faropoint

CONFIDENTIAL

# Faropoint Industrial Value Fund III (Fund 3)
## Structure Charts

Updated as of February 7, 2025

© 2025 Faropoint. All rights reserved.

PRIVATE AND CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| ▮ (blue) | US LLC | △ | Partnership for US tax<br>Partnership for IL tax | |
| ▮ (dark blue) | US LP | ▭ | Corporation for US tax<br>Corporation for IL tax | |
| ▮ (black) | Israeli entity | ▽ | Corporation for US tax<br>Partnership for IL tax | |
| ▮ (green) | Ontario entity | ⬭ | Disregarded Entity for US tax<br>Corporation for IL tax | |
| ▮ (grey) | Dormant entity | ⬓ | Partnership for US tax<br>Corporation for IL tax | |
| ◯ | US Investor | —— | Limited Partner Interest | |
| ◯ | Israeli Investor | – - – - – | General Partner Interest | |
| | | - - - → | Shareholder Loan | |

## Fund 3 – Below Fund Structure

PRIVATE AND CONFIDENTIAL



**Notes**
*General Partner is FIVF Property GP, LLC